**WALLER LANSDEN DORTCH & DAVIS, LLP**
Blake D. Roth
Derek W. Edwards (admitted *pro hac vice*)
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:   (615) 244-6380
Facsimile:   (615) 244-6804
Email:   blake.roth@wallerlaw.com
         derek.edwards@wallerlaw.com

*Counsel for MetaBank and Meta Financial Group, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN SACCHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METABANK; META FINANCIAL; GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 3:18-cv-09201<br>Judge Freda L. Wolfson<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>Removed from the Superior Court for Monmouth County, New Jersey<br>Case No. MON-L-001612-2018<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John Sacchi and Defendants MetaBank and Meta Financial Group, Inc. hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own fees and costs.

4824-2338-7755.4

Respectfully submitted,

s/Blake D. Roth
Blake D. Roth (NJ Attorney ID No. 033632009)
Derek W. Edwards (TN BPR No. 021455)
(Admitted *pro hac vice*)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:   (615) 244-6380
Facsimile:   (615) 244-6804
Email:       blake.roth@wallerlaw.com
             derek.edwards@wallerlaw.com

*Attorneys for Defendants MetaBank and Meta Financial Group, Inc.*


s/Stephen J. Simoni (*with permission*)
Stephen J. Simoni
Simoni Consumer Class Action Law Offices
30B Vreeland Road
Suite 201
Florham Park, New Jersey 07932-1926
Telephone:   (917) 621-5795
Email:       stephensimonilaw@gmail.com

*Attorney for Plaintiff John Sacchi*


IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.   6-28-18

4824-2338-7755.4